**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Scott Fancher v. The State of Texas

Appellate case number:   01-12-00064-CR

Trial court case number:   1745796

Trial court:                    County Criminal Court at Law No. 6 of Harris County

      This case was abated and remanded to the trial court on February 8, 2013. In the order of abatement, we directed the trial court to determine whether Michael Antalan was going to continue to represent appellant on appeal, to appoint new counsel if Michael Antalan was permitted to withdraw, and to set a deadline for the filing of appellant's brief. The trial court clerk has filed a supplemental clerk's record containing the trial court's findings and recommendations on our order, showing that Michael Antalan was permitted to withdraw from representation and that Bob Wicoff was appointed to represent appellant and recommending that Mr. Wicoff be given until June 5, 2013 to file a brief on appellant's behalf. Accordingly, we REINSTATE this case on the Court's active docket.

      Appellant's brief is ORDERED to be filed no later than June 5, 2013. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

      It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                ☑ Acting individually    ☐ Acting for the Court

Date: May 7, 2013